

STEIN | SAKS, PLLC

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
RAPHAEL DEUTSCH^
DAVID FORCE▲■
NAKICHA JOSEPH▲
MARK ROZENBERG■
KENNETH WILLARD▲■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

May 10, 2021

**Via CM/ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York

RE: Angeles v. Alpha Beta Unlimited, Inc.
Case No.: 1:21-cv-02476-LGS

Dear Judge Schofield:

Plaintiff submits this letter to respectfully request the adjournment of the Pretrial Conference scheduled for May 20, 2021. Plaintiff requests this Court reschedule the Conference to a date after June 4, 2021, when Defendant's Answer is due.

Plaintiff has reached out to Counsel for Defendant, who has agreed to this request. This is the first such request in this matter.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By: Mark Rozenberg, Esq.

The application is **DENIED**. Absent compelling circumstances, the Court does not generally adjourn the initial conference. By **May 13, 2021**, the parties shall file their joint letter and proposed case management plan, outlined in the Court's April 2, 2021, Order (Dkt. No. 5).

Dated: May 11, 2021
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**